# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**QUANTEL SHIELDS**                                                                **PETITIONER**

**VS.**                                       **5:08CV00092 WRW**

**LARRY NORRIS, Director,**
**Arkansas Department of Correction**                                **RESPONDENT**

## JUDGMENT

Pursuant to the Order entered in this case on this date, it is CONSIDERED, ORDERED and ADJUDGED that this petition be, and it is hereby, dismissed with prejudice. The relief prayed for is denied.

IT IS SO ORDERED this 30th day of September, 2008.


                                                            /s/ Wm. R. Wilson, Jr._____
                                                            UNITED STATES DISTRICT JUDGE